Glenn R. Kantor, Esq. State Bar No. 122643
 e-mail: gkantor@kantorlaw.net
Timothy J. Rozelle, Esq. State Bar No. 298332
 e-mail: trozelle@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
STEPHEN B.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| STEPHEN B.,<br><br>             Plaintiff,<br><br>       vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>             Defendant. | Case No.: 2:14-cv-06024-FMO-MRW<br><br>Honorable Fernando M. Olguin<br>Courtroom 22<br><br>**ORDER RE STIPULATION [40] FOR DISMISSAL *WITH* PREJUDICE** |

Based upon the stipulation of the parties, and for good cause shown:

IT IS HEREBY ORDERED that this action, Case No. 2:14-cv-06024-FMO-MRW is dismissed in its entirety, ***with*** prejudice.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

DATED: September 16, 2016        BY:   _____/s/_____
                                                             Honorable Fernando M. Olguin
                                                             United States District Judge

ORDER RE STIPULATION FOR DISMISSAL *WITH* PREJUDICE